FILED

2019 Jun-19  PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **XAVIAN PATTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CV No.:_____** |
| **v.** | ) | |
| | ) | |
| **EDWINTA MERRIWEATHER, and** | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

**COMES NOW**, the Plaintiff, Xavian Patton, and pursuant to the Federal Tort Claims Act, files this Complaint against Edwinta Merriweather and the United States Postal Services for damages arising out of an automobile accident.  As grounds for his Complaint, Plaintiff shows this Court the following:

## JURISDICTION AND VENUE

1.    This action is brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 1402(b), 2401(b), and 2671 *et seq.* and the laws of the state of Alabama against Edwinta Merriweather and the United States Postal Services, a government agency, for money damages as compensation for personal injuries caused by the Defendants' negligent and/or wanton conduct.

2.      This Court has jurisdiction over all causes of action asserted against the federal government pursuant to the FTCA.  Additionally, this court has jurisdiction over all other claims pursuant to 28 U.S.C. § 1367 because all of the claims arise from a common nucleus of operative facts that are so intertwined that they cannot be reasonably separated.

3.      Venue is proper pursuant to 28 U.S.C. § 1402 because at all times relevant, the plaintiff resided in this district and all of the negligent acts, wrongful acts and/or omissions complained of herein occurred in this judicial district.

4.      Plaintiff has fulfilled all conditions precedent to the bringing of this action pursuant to 28 U.S.C. § 2675 of the FTCA.  On December 5, 2018, plaintiff submitted an administrative claim with the Chief Counsel of the United States Postal Service.  In accordance with the claim and the requirements of the Federal Tort Claims Act, plaintiff submitted a Claim for Damage, Injury or Death (Standard Form 95) and supporting documentation/evidence. (See excerpts of claim documents attached hereto as Exhibit 1).  This claim was received by the United States Postal Service on December 13, 2018. (See letter dated December 26, 2018 attached hereto as Exhibit 2).  Pursuant to 28 U.S.C. § 2675(a), the United States Postal Service had six months from December 13, 2018 to investigate and adjudicate the claim.  As of June 14, 2019, no action has been taken by the United States Postal Service on plaintiff's claim.  "The failure of an agency to make final disposition of a claim

2

within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section."  28 U.S.C. § 2675(a).

## PARTIES

5.      Plaintiff is a forty-five-year-old male, who is a citizen of the United States and a resident of the state of Alabama.  At all times material to this lawsuit, plaintiff was over the age of nineteen (19), a resident of this judicial district, and an employee of ElderRide Inc.

6.      Defendant United States Postal Service ("USPS") is a government agency that regularly conducts business and employs workers within this judicial district.  The USPS is tasked with providing postal service in the United States. USPS employs mail carriers, who drive USPS trucks/vehicles, to deliver mail. Defendant is an entity subject to suit under the Federal Tort Claims Act.

7.      Defendant Edwinta Merriweather "Merriweather" is a citizen of the United States and a resident of the state of Alabama.  At all times material to this lawsuit, Merriweather was over the age of nineteen (19), a resident of this judicial district, and an employee of Defendant USPS.

## FACTS

8.     In May 2017, Edwinta Merriweather was employed by USPS as a mail carrier.  In accordance with her duties, Ms. Merriweather regularly drove a USPS vehicle to deliver mail in Limestone County, Alabama.

9.     On May 3, 2017, plaintiff was operating a 2009 Dodge Caravan in the line and scope of his employment with ElderRide, Inc.  He was traveling eastbound on US highway 72 in the right lane.

10.    On May 3, 2017, while in the line and scope of her employment, Ms. Merriweather negligently and/or wantonly operated the USPS postal truck in her possession at the intersection of Edison Drive and Highway 72 in Limestone County, Alabama.  Ms. Merriweather negligently and/or wantonly failed to yield the right way to plaintiff, resulting in Ms. Merriweather's postal truck striking the front passenger side of the vehicle operated by plaintiff.  As a result of the collision, plaintiff's vehicle was forced into westbound traffic and side swiped another vehicle.

11.    Defendant Merriweather was negligent and/or wanton in the operation of her USPS postal truck, and as a result of her negligence and/or wantonness, caused injury to the plaintiff.

12.    As a direct result of Ms. Merriweather's negligent and/or wanton conduct, plaintiff suffered severe personal injuries resulting in a permanent

impairment rating of twelve percent (12%) to the right leg, which equates to five percent (5%) to the body as a whole.

13.    Plaintiff suffered the following damages:

   a) Medical and hospital bills;
   b) Mental pain and anguish, past and future;
   c) Lost wages, past and future; and
   d) Loss of life's pleasures.

## COUNT I – NEGLIGENCE

14.    Plaintiff adopts each and every material allegation of the preceding paragraphs as if fully set out herein and incorporate same by reference.

15.    On or about May 3, 2017, Defendant Edwinta Merriweather negligently operated her USPS postal truck while working in the line and scope of her employment with Defendant USPS and, as a result of her negligence, caused injury to Plaintiff, Xavian Patton.

16.    Plaintiff claims damages as set out heretofore against the Defendants.

17.    The acts and/or omissions set forth above would constitute a claim under the law of the State of Alabama.

18.    Defendant USPS is liable pursuant to 28 U.S.C. § 1346(b)(1).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, demands judgment against Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a struck jury along with interests and costs.

## COUNT II – WANTONNESS

19.     Plaintiff adopts each and every material allegation of the preceding paragraphs as if fully set out herein and incorporate same by reference.

20.     On or about May 3, 2017, Defendant Edwinta Merriweather was wanton in the operation of her USPS postal truck while working in the line and scope of her employment with Defendant USPS and, as a result of her wantonness, caused injury to Plaintiff, Xavian Patton.

21.     Plaintiff claims damages as set out heretofore against the Defendants.

22.     The acts and/or omissions set forth above would constitute a claim under the law of the State of Alabama.

23.     Defendant USPS is liable pursuant to 28 U.S.C. § 1346(b)(1).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, demand judgment against the Defendants, jointly and severally, for compensatory and punitive

damages in an amount to be determined by a struck jury along with interests and costs.

## COUNT III – NEGLIGENT ENTRUSTMENT

24.     Plaintiff adopts each and every material allegation of the preceding paragraphs as if fully set out herein and incorporate same by reference.

25.     Plaintiff avers and alleges that Defendant USPS negligently entrusted the USPS truck postal truck to Defendant Edwinta Merriweather, whom Defendant USPS knew, should have known, or could have known, with the exercise of reasonable care, was an incompetent driver/operator and not fit to operate such vehicle.

26.     As a proximate consequence of the Defendant USPS negligent entrustment, the Plaintiff was injured and damaged as set forth in paragraphs 10-13 above.

27.     The acts and/or omissions set forth above would constitute a claim under the law of the State of Alabama.

28.     Defendant USPS is liable pursuant to 28 U.S.C. § 1346(b)(1).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, demands judgment against the Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a struck jury along with interests and costs.

## COUNT IV – NEGLIGENT AND/OR WANTON HIRING, SUPERVISION, TRAINING AND RETENTION

29.     Plaintiff adopts each and every material allegation of the preceding paragraphs as if fully set out herein and incorporate same by reference.

30.     Defendant USPS owed a duty to plaintiff to hire qualified and/or competent employees to maintain and operate equipment, including USPS postal trucks, in a safe manner, to supervise its employees, and to provide staff trained in safely operating equipment, such as postal trucks.

31.     At all times material, Defendant Edwinta Merriweather was employed by Defendant USPS and under the direct supervision and control of Defendant USPS,  or was an agent or employee thereof when she committed the wrongful acts alleged herein.

32.    Defendant Edwinta Merriweather engaged in wrongful conduct while acting in the course and scope of her employment or work with Defendant USPS, which proximately caused injury to the plaintiff.

33.    Defendant USPS. negligently and/or wantonly failed to exercise ordinary care in supervising Defendant Merriweather in her position, negligently and or wantonly failed to train Defendant Merriweather in the proper procedures to follow while operating postal truck, and negligently and/or wantonly failed to prevent the foreseeable misconduct of Defendant Merriweather.  Further, Defendant USPS negligently and/or wantonly retained Defendant Merriweather as an employee.

34.    As a direct result of Defendants' negligent and/or wanton conduct, Plaintiff suffered severe and permanent injuries.

35.    The acts and/or omissions set forth above would constitute a claim under the law of the State of Alabama.

36.    Defendant USPS is liable pursuant to 28 U.S.C. § 1346(b)(1).


**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, demand judgment against the Defendants, jointly and severally, for compensatory and punitive

damages in an amount to be determined by a struck jury along with interests and costs.


## COUNT V – RESPONDEAT SUPERIOR AND AGENCY

37.     Plaintiff adopts each and every material allegation of the preceding paragraphs as if fully set out herein and incorporate same by reference.

38.     Plaintiff avers and alleges that Defendant Edwinta Merriweather was the agent and employee of Defendant USPS, and consequently, Defendant USPS is liable for any negligent and/or wanton acts committed by Defendant Merriweather, while she was acting within the line and scope of her employment.

39.     Defendant Merriweather was acting within the line and scope of her employment on the occasion made the basis of this lawsuit.

40.     As a direct result of the negligence and/or wantonness of Defendant Merriweather, Defendant USPS is liable to the plaintiffs for the damages set forth in paragraphs 10-13 under the theories of respondeat superior and agency.

41.     The acts and/or omissions set forth above would constitute a claim under the law of the State of Alabama.

42.     Defendant USPS is liable pursuant to 28 U.S.C. § 1346(b)(1).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, demands judgment against the Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a struck jury along with interests and costs.

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

Respectfully submitted,

/s/ Jay E. Emerson, Jr.

Attorney for Plaintiff

HIGGS & EMERSON
405 Franklin Street
Huntsville, AL  35801
(256) 533-3251 (phone)
(256) 533-3265 (fax)
emerson@higgsandemerson.com

**Copy served on:**

**United States Postal Service**
Chief Counsel, Torts
General Loss Service Center
United States Postal Service
National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

**Kimberly Herbst**
**Tort Claims Examiner/Adjudicator**
**United States Postal Service**
National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

**Edwinta Merriweather**
4041 Knollbrook Drive NW
Huntsville, AL 35801